IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
OCT 11 2005
RALPH L. DeLOACH, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-m-8077-01-DJW |
| ) | |
| ANGEL MARIA HERRERA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CRIMINAL COMPLAINT

I, Special Agent Donald J. Albracht, the undersigned affiant and complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about September 9, 2005, in the District of Kansas, the defendant, Angel Maria Herrera, traveled in interstate commerce from the State of Kansas, with intent to avoid prosecution for the crime of murder in the first degree, which is a felony under the laws of the State of Kansas, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for over 21 years. I am currently assigned to the Violent Crimes/Fugitive Task Force of the FBI and as such I am responsible for conducting fugitive investigations. I have conducted the following investigation or I have been advised of the results of investigation conducted by other law enforcement officials involved in this investigation. This complaint is based on the following facts:

On September 15, 2005, the body of Maria Morfin-Rojas was discovered in her Lenexa, Kansas, apartment. Subsequent investigation by the Lenexa Police Department determined Morfin-Rojas had received multiple stab wounds to the throat and neck

sometime during the early morning hours of September 9, 2005. Her assailant was identified as her co-worker and boyfriend, Angel Maria Herrera, who had stolen her van and fled the area with another girlfriend with whom he has one child and who is pregnant with his second child. According to source information, Herrera was sighted the week following the homicide in Aguachapen, El Salvador, in the company of a young girl who was pregnant.

On September 17, 2005, the District Court of Johnson County, Kansas, issued an arrest warrant for Angel Maria Herrera subsequent to charges being filed by the Johnson County District Attorney's Office charging him with first degree murder.

Subsequent attempts to locate and apprehend Herrera by the Lenexa, Kansas, Police Department and the Johnson County, Kansas, Sheriff's Office were negative. Subsequent investigation determined Herrera fled to Mexico and then on to El Salvador.

The following is a summary of background and descriptive information on Herrera:

Name:          Angel Maria Herrera

Race/Sex:      White(Hispanic) Male

Date of Birth: 08/19/1982; El Salvador

Height/Weight: 5'8" tall/140 lbs.

Hair/Eyes      Black/Brown

Based on the foregoing facts and circumstances, I believe that there is probable cause that Herrera has fled the State of Kansas in an attempt to avoid prosecution for the

crime of murder in the first degree, in violation of Title 18, United States Code, Section 1073.

Donald J. Albracht, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this _____ day of October, 2005, at Kansas City, Kansas.

United States Magistrate Judge
District of Kansas